UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DANIEL PIROSCAFO**<br><br>         **Plaintiff,**<br><br>    **V.**<br><br>**METRO-NORTH RAILROAD COMPANY**<br><br>         **Defendant.** | **CIVIL ACTION NO. 3:08cv1753 (JCH)**<br><br><br><br><br><br>**JUNE 20, 2012** |

### DEFENDANT METRO NORTH RAILROAD COMPANY'S SUPPLEMENTAL REQUEST TO CHARGE

Metro-North alleges that Mr. Piroscafo was negligent in the following ways:

a. in that he observed the platform and recognized the potentially slippery condition but failed to avoid it;

b. in that he saw the indications of snow and or ice on the platform and failed to protect himself from falling by holding onto the train or observing the platform from the window;

c. in that he chose to step onto the platform without ensuring that he had proper footing;

d. in that he should have altered his activities to account for the potentially slippery conditions but did not.

        THE DEFENDANT,
        METRO-NORTH RAILROAD COMPANY

By: _____/s/_____
        Robert O. Hickey, Esq., (CT 19555)
        Ryan Ryan Deluca, LLP
        707 Summer Street
        Stamford, CT   06901
        Facsimile:  203-357-7915
        Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        _____/s/_____
        Robert O. Hickey, Esq.

I:\procases\205.288\SupplRequest.doc