✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANIEL PIROSCAFO

**WITNESS LIST**

V.

METRO NORTH RAILROAD

Case Number: 3:08cv1753(JCH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JANET C. HALL | Jeffrey Cooper, Steven Kantor | Robert Hickey |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/18/2012 - 6/21/2012 | TERRI FIDANZA | BERNADETTE DeRUBEIS |

| PLF. NO. | DEF. NO. | DATE(S) OF TESTIMONY | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|
| X | | 6/18/2012 | Phillip Wilhelmy, III, Dist. Supervisor MNRR, Seymour, CT |
| X | | 6/18/2012 | John Osmun, Foreman at Metro North RR, Meridan, CT |
| X | | 6/18/2012, 6/19/2012 | Daniel Piroscafo, Plaintiff - Worker at Metro North RR, Milford, CT |
| X | | 6/19/2012 | Michael Hopkins, rider on MNRR, Stamford, CT |
| X | | 6/19/2012 | Anthony Bottalico, Metro North RR Gen Chair Comm. Rail, Poughkeepsie, NY |
| X | | 6/19/2012 | Dr. Beth Collins, Plastic Surgeon, Guilford, CT |
| X | | 6/20/2012 | Dr. Michael Luchini, Orthopedic Surgeon, New Haven, CT |
| | X | 6/21/2012 | Dr. F. Scott Gray, Orthopedic Specialist, Danbury, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.