UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT   BRIDGEPORT*
*6/22/2012*

| | |
|---|---|
| DANIEL PIROSCAFO,<br>  Plaintiff, | CIVIL ACTION NO.<br>3:08-CV-1753 (JCH) |
| v. | |
| METRO-NORTH RAILROAD CO.,<br>  Defendant. | JUNE 21, 2012 |

## SPECIAL VERDICT FORM

I. **LIABILITY**

1) Has Mr. Piroscafo proven by a preponderance of the evidence that Metro-North was negligent?

    Yes _____   No __X__

(If you answered "No" to Question 1, you have completed your deliberations and the Special Verdict Form should be dated and signed. If you answered "Yes" to Question 1, then proceed to Question 2.)

2) Has Mr. Piroscafo proven by a preponderance of the evidence that Metro-North's negligence played any part in causing Mr. Piroscafo's injuries?

    Yes _____   No _____

(If you answered "No" to Question 2, you have completed your deliberations and the Special Verdict Form should be dated and signed. If you answered "Yes" to Question 2, then proceed to Question 3.)

3) Has Metro-North proven by a preponderance of the evidence that Mr. Piroscafo was contributorily negligent?

    Yes _____   No _____

(If you answered "No" to Question 3, proceed to Section II below. If you answered "Yes" to Question 3, then proceed to Question 4.)

4) What percentage of negligence is attributable:

    a. to Mr. Piroscafo?        _____ %

    b. to Metro-North?          _____ %

(The percentage negligence of Mr. Piroscafo and Metro-North together must add up to 100%.)

Proceed to Section II.

- 2 -

**II.   DAMAGES**

1) What compensatory damages has Mr. Piroscafo proven for:

    A.    Past Lost Wages, Benefits,
Impairment to Earning Capacity,
and Out-of-Pocket Expenses    $ _____

    B.    Past Pain, Suffering, Mental Anguish
and Loss of Enjoyment of Life's
Activities    $ _____

    C.    Future Pain, Suffering, Mental Anguish
and Loss of Enjoyment of Life's
Activities    $ _____

(Total of A, B, & C)    $ _____

You have now completed your deliberations.  Please sign and date this form.

6/22/2011
Dated:                              /s/
                                        FOREPERSON