✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL PIROSCAFO | **COURT EXHIBIT LIST** |
| V. | |
| METRO NORTH RAILROAD | Case Number: 3:08cv1753(JCH) |

| PRESIDING JUDGE<br>JANET C. HALL | PLAINTIFF'S ATTORNEY<br>STEVEN KANTOR, J. COOPER | DEFENDANT'S ATTORNEY<br>ROBERT HICKEY |
|---|---|---|
| TRIAL DATE (S)<br>6/18/2012 - 6/22/2012 | COURT REPORTER<br>TERRI FIDANZA | COURTROOM DEPUTY<br>BERNADETTE DeRUBEIS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/21/12 | 1 | | Note from Jury |
| | | 6/22/12 | 2 | | Note from Jury |
| | | 6/22/12 | 3 | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.