```
 1                    UNITED STATES DISTRICT COURT.

 2                     DISTRICT OF CONNECTICUT

 3      _____
        DANIEL PIROSCAFO              )
 4                    Plaintiff.      )  NO: 3:08cv1753(JCH)
                                      )
 5      vs.                           )  June 21, 2012
                                      )
 6      METRO NORTH RAILROAD CO.      )
                      Defendant.      )
 7      _____
                                          915 Lafayette Boulevard
 8                                        Bridgeport, Connecticut

 9                      EXCERPT OF TRIAL
                        Closing Argument of Attorney Cooper
10


11
        B E F O R E:
12                      THE HONORABLE JANET C. HALL, U.S.D.J.
                        And Jury
13
        A P P E A R A N C E S:
14

15      FOR THE PLAINTIFF    :        Steven Lawrence Kantor
                                      Kantor & Godwin, PLLC
16                                    5800 Main Street
                                      Williamsville, NY 14221
17
                                      Jeffrey M. Cooper
18                                    Cooper Sevillano, LLC
                                      1087 Broad Street
19                                    Bridgeport, CT 06604

20

21      FOR THE DEFENDANT    :        Robert O. Hickey
                                      707 Summer Street
22                                    Stamford, CT 06901

23
        Court Reporter       :     Terri Fidanza, RPR
24

25
```

1          MR. COOPER:  Thank you, your Honor.  Good

2    morning, ladies and gentlemen of the jury.  In just a few

3    moments, you folks are going to retire back there to the

4    deliberating room.  You are going to have three jobs to

5    do.

6          One, you have a select a foreperson, and the

7    foreperson is going to be your group representative.  The

8    foreperson doesn't have any more to say than the rest of

9    you when you decide the case, but the foreperson will be

10   the person who will speak on behalf of the group, but you

11   have to keep in mind that you as a group have equality.

12   All of your votes count the same.

13         The second thing you will have to do when you

14   get back there is answer the questions that Judge Hall

15   gives you on the verdict form in the order they appear.

16         Thirdly, I think most importantly, what you have

17   to do is talk to one another about how you feel about

18   your answers to each question.  It is a very important

19   job that you have to make sure that other people

20   understand how you feel because your voice counts, just

21   the same as everyone else's.

22         When I talk this morning, I would like to give

23   you a few ideas how you might go about talking to one

24   another about some of the issues in this case.  Keep in

25   mind, ladies and gentlemen, that no public facility

1    including MetroNorth Railroad is allowed to needlessly

2    endanger the public.  If it does, someone is hurt.

3    MetroNorth Railroad is responsible to pay compensation

4    for the harm they caused.  The public facility including

5    MetroNorth must remove any needless dangers on any of

6    their platforms for both customers of the railroad as

7    well as their workers.

8         If they allow needless conditions to exist and

9    someone is hurt, Metronorth is responsible to pay full

10   compensation for the harm.  A public facility including

11   MetroNorth must remove ice that it knows is present on a

12   platform, but just as importantly, ladies and gentlemen,

13   a public facility like MetroNorth is held equally

14   responsible under the law if the icy condition existed

15   for a sufficient length of time that MetroNorth should

16   have known about it.

17        The law makes no distinction between what they

18   knew and what they should have known.  MetroNorth

19   Railroad must follow the same rules as every other public

20   facility that's open for business, so MetroNorth Railroad

21   is never allowed to endanger the public or its employees

22   that use the Springdale station.  So to prevent needless

23   danger, MetroNorth must not allow anything dangerous on

24   the platform including the accumulation of ice.  If

25   there's a needless danger on the platform, MetroNorth

1    Railroad is responsible to remove it.  Until that is

2    done, they must warn their customers or warn their

3    employees that there's a dangerous condition on the

4    platform.

5              And ladies and gentlemen, I suggest to you that

6    MetroNorth simply did not do that in this case.  You have

7    heard the evidence, you listened to the facts, what you

8    know is that there was a major storm event on Friday, the

9    day before Danny Piroscafo's fall.  But what you also

10   know from the background information that MetroNorth has

11   the ability to assign night crews.  They have done it in

12   the past, and you are going to have records back in the

13   deliberating room that suggest in the two nights before

14   Danny's fall, they had people working overnight from

15   10:00 at night to 8:00 in the morning.  It is easy for

16   them to do.  You also heard that they monitor the

17   weather.  That they know at all times what the weather

18   conditions are like, but most importantly, you heard if

19   the foreman of the track department and what he told you

20   is when he left the facility, Springdale at 10:00 that

21   night, it was wet.  That's what he said and, of course,

22   it would be wet because there had just been a major

23   snowfall.  If they did what they are supposed to do which

24   sounds like they did, at that point sanded and salted and

25   cleared, but ladies and gentlemen, what does salt do to

1  ice?  It dissolves it.  It turns it into a liquid.

2  That's what it did.  They got rid of the ice by 10:00

3  that night and everybody went home.  When they left the

4  platform was wet and they knew it was going to freeze

5  overnight.  What happens to the wet water on freezing

6  temperatures?  It becomes a sheet of ice.

7  You heard Mr. Hopkins tell you when he arrived

8  at the train station that morning, Springdale platform

9  was a sheet of ice.  He indicated it was so bad that he

10  was afraid to walk on it.  I think he testified he had to

11  walk on it almost like a penguin.  He had to shuffle his

12  feet.

13  They also knew that trains were going to be

14  arriving at that station at 6:40 in the morning, but they

15  didn't do anything from 10:00 at night, and they weren't

16  prepared to do anything until 9:00 the next morning.

17  Ladies and gentlemen, I suggest that's 2 hours,

18  20 minutes, too late.  Because Danny Piroscafo arrived at

19  the station at 6:40.  They knew he was going to arrive at

20  6:40.  They took a gamble.  They decided that Springdale

21  doesn't have a lot of volume, doesn't have a lot of

22  activity early in the morning on a Saturday.  Especially

23  not a cold Saturday morning so they gambled.  But what

24  they did, they gambled with Danny's health and that's not

25  fair.  When you answer the question and basically you are

going to have three questions to answer whether or not
you believe MetroNorth was negligent in one of the ways
that we claimed they were.  You have to answer the
question as to how much money will it take to make up for
the harms and losses that Danny sustained as a result of
his fall.  You are also going to have to answer the
question as to whether or not you believe Danny himself
had any responsibility for causing his fall.

Now, when you answer the question of whether or
not MetroNorth was negligent and when you answer the
question about Danny's behavior, you have to think about
what reasonable means under the law.  Reasonable doesn't
mean moderate.  It doesn't mean like a moderately priced
dinner.  It means that the care that's necessitated by
reason.

What did reason and logic dictate that
MetroNorth should have done to make Springdale safe that
morning.

Now the case is brought under a special law.
Judge Hall will tell you it is the federal law, Federal
Employee Liability Act.  It is a special legislative act
by Congress for federal employees like Danny Piroscafo.
Danny Piroscafo has the right to come into the federal
courthouse and sue MetroNorth for the pain and suffering
and injury and losses.  That's what the federal law

```
1    allows him to do.  What the federal law says you judge
2    this case based on the standard of negligence.  What does
3    negligence mean?  Judge Hall will tell you that
4    negligence is simply the failure to use the same degree
5    of care which a reasonably prudent person would use in
6    the circumstances of a given situation.  Judge Hall will
7    tell you it can be the doing of something which a
8    reasonably prudent person would not have done or failing
9    to do what a reasonably prudent person would have done
10   under the circumstances.  A reasonably prudent person is
11   a hypothetical person who acts sensibly, does things
12   without serious delay and takes proper but not excessive
13   precautions.  That's reasonableness.
14        Ladies and gentlemen, you decide what's
15   reasonable.  That's your role as jurors for the community
16   to decide what's safe and what's not.  What's appropriate
17   and what's not.  Totally in your control.  Remember that
18   negligence under FELA is breaking the law.  There's not a
19   specific law under FELA that says MetroNorth must remove
20   the snow and ice from the Springdale station.  Rather the
21   negligence law is in the case to cover carelessness when
22   more specific laws haven't been written.  The legislature
23   knows it can't cover every single situation.  No one
24   wants to live in a country where there's law for every
25   little thing.  The lack of the law does not give
```

1    MetroNorth the right to be careless.  Negligence, the law

2    of negligence requires care.  Carelessness breaks the

3    law.

4            Now, when you answer the questions on the

5    Verdict Form as to was MetroNorth negligent, how much

6    money Danny should get, was he responsible for causing

7    the fall, you have to apply the burden of proof.  The

8    burden of proof in a case like this is by a preponderance

9    of the evidence.  What does that mean?  What's more

10   likely than not.  What's more probable than not.  Now you

11   can have doubts, ladies and gentlemen, as you decide this

12   case.  You can have doubts on both sides.  You can have

13   as many doubts as you want.  After weighing all of this

14   evidence, you have to come to a conclusion that the side

15   that has the burden of proof which for the most part is

16   me and Danny, you have to decide that what we're trying

17   to establish is more right than wrong.  If you think of

18   the scales of justice.  We don't have to convince you

19   like perhaps in a criminal case where it is beyond a

20   reasonable doubt.  We need to sway you to our side even

21   if the slightest.  It has to be that you're leaning to

22   the plaintiff's side.  If any one of you indicates while

23   you are deliberating, someone's not certain, somebody

24   doesn't feel we have proved our case beyond a reasonable

25   doubt, you have an obligation to make sure that the jury

1    follows the law.  That's not the law in this case.

2         Now, I would suggest to you, ladies and

3    gentlemen, that in terms of the case we have put on here,

4    we proved it like this.  That's not what we have to do.

5    We only need to prove it like this.  That's for each and

6    every question that you answer.  Not whether MetroNorth

7    was responsible for Danny's injuries but whether or not

8    the amount of the verdict is the right amount.  If it is

9    more probable than not the right amount.  That's the

10   amount that you have to give by law.  And that's how

11   everyone in the courtroom expects you, ladies and

12   gentlemen, to make your decisions in this case.  Attorney

13   Hickey agrees.

14        In a little while Judge Hall will tell you this

15   is the law so during deliberations if someone says they

16   are just not certain or they are not convinced beyond a

17   reasonable doubt, remind them it is what's more right

18   than wrong.

19        Now, there are obvious reasons why we're suing,

20   and the main reason is that we established that

21   MetroNorth was negligent.  They didn't inspect that

22   platform.  They didn't do anything to remove that ice.

23   They did nothing to prevent the fall, but we're also

24   suing for some other reasons, ladies and gentlemen.

25   We're suing because they wouldn't believe we could prove

1    our case.  Maybe they didn't think we have the guts to

2    take the case all the way to trial.  Maybe they think

3    there are so many issues in the case that it is

4    confusing, ladies and gentlemen, like Danny's prior

5    injuries.  Somehow that has an effect on his foot.  Maybe

6    they are thinking this jury doesn't think this case is a

7    big deal.  Maybe they are thinking somehow because Danny

8    did have a Freiberg's fracture that means he didn't

9    suffer any pain from this incident.  That's not true,

10   ladies and gentlemen.

11          In cases like this, you, as a juror, decide how

12   much money should be in the verdict.  To decide you can

13   only take two things into account and that is the extent

14   of the harm and the losses that Danny suffered; nothing

15   else.  No outside factors.  When you answer the question

16   as to how much you believe he should get to be

17   compensated for his harms and losses, some folks feel you

18   should consider other things such as the fact that

19   MetroNorth provides a good service.  How much they like

20   Danny.  How much they like Attorney Hickey.  How much

21   they dislike plaintiff's counsel maybe.  The fact that

22   money doesn't make pain go away or erase the

23   embarrassment of his fall or they think what are my

24   family members going to think or my colleagues that I

25   work with if they know I gave a verdict and awarded this

1    much money.  The law says no outside reasons are allowed.

2    When you consider how much to give, the dollar amount of

3    the verdict must be commensurate with the amount of

4    degree of harm.  So during deliberations someone said

5    they are not certain or that they think that amount of

6    money is too much to make MetroNorth pay or too much for

7    Danny, it is going to act like a wind fall.  It doesn't

8    make his pain go away.  Those are outside factors.

9    That's not allowed.  When the law says compensate Danny,

10   ladies and gentlemen, what does compensate mean and what

11   does compensate not mean.  Compensate is an old word to

12   hang in the balance to balance the scales if one side is

13   heavier or unbalanced, way over compensated.  I gave an

14   example in any opening about work.  I think it is a good

15   one.  A woman works on this side, the longer and harder

16   she works the lower the scale drops.  The lawyer has an

17   obligation to pay her to compensate her for her work.

18   They have to pay her an equal amount of money for the

19   work she does.  If she's paid too little, it under

20   compensates, pays too much over compensated.  It has to

21   be a balance.  Each side should equal to be compensated.

22   But the boss is not allowed to lower the compensation for

23   any outside reasons.  He can't put any outside reasons to

24   either side of the scale, her living expenses are so low

25   she doesn't need the money, paying full compensation will

cause our cost to go up.  It is more money than she

needs.  She doesn't need too much money to live on.  Her

husband also works.  Why do we need to give her that much

money.  She has some other source of income.  Her boss

feels bad for the owner of the company.  Paying her full

compensation will hurt the company.  Those are outside

factors.  Ladies and gentlemen of the jury, that's not

fair, that's not appropriate.  Just like it is not

appropriate here.  It is the same thing in trial.  Just

substitute work for Danny's harms and losses.  It is the

law in every courthouse in America says nothing else is

allowed on the scales but the harms and losses caused by

MetroNorth.  No outside factors.

One of your most important jobs, ladies and

gentlemen, is to make sure that everyone follows the law.

So on this scale goes the amount of money that will

balance the extent of the harms.  No outside reasons can

lower it.

If a jury lowers the verdict for any outside

reason, the purpose of the law will be undermined.  So

what's the purpose of the law?  It is the communities

only way of making a negligent facility owner like

MetroNorth railroad, meet its responsibility under the

law by fully balancing, compensating those scales.  If

your verdict is less than the full amount, it's a

1    symbolic amount or token amount, if you take any outside

2    reasons into account, Metronorth walks away from the case

3    without meeting its full responsibility.

4           Now, I'm sure none of you have been asked to

5    decide what are harms and losses worth.  But it doesn't

6    mean it is a difficult task to do.  You have been told a

7    lot in this case about rules.  Rules of juror conduct,

8    rules of evidence, rules that the attorneys have to abide

9    by.  I suggest to you, ladies and gentlemen, is you

10   formulate a simple methodology to come to the conclusion

11   about how much this case is worth.  A small amount of

12   harm equals a small amount of money.  The greater the

13   harm, the greater the amount of money.  And when you

14   formulate that methodology, think of four things: what

15   type of harm was it?  How bad is a harm?  How long does

16   the harm last?  How is it interfering with our daily

17   activities and think back, ladies and gentlemen, hard on

18   the harm that Danny suffered.  If I were to tell you that

19   this is the most catastrophic case ever tried in Judge

20   Hall's courtroom, I probably wouldn't be telling the

21   truth, but it is not the littlest either.  Danny has

22   suffered a great deal of harm from the mechanism of his

23   injury.  Where he got caught between the platform and the

24   train caused a lot of pain and a lot of swelling in his

25   foot.  What he relies upon to walk.  It was a bad injury.

1    And you can see from his early post-accident time period

2    that Dr. Luchini was having difficulty making him better.

3    He couldn't fix the problem.  So he referred him to Dr.

4    Cella, referred him to Dr. Tomack and eventually they

5    decided they had to do surgery.  There's major harm

6    associated with any jury, ladies and gentlemen.  Minor

7    surgery is something someone else has.  When it is us,

8    when it is Danny, it is not minor.  And from there you

9    think about all the harms that he suffered as a

10   consequence of the jury, the inability to walk, the

11   inability to get around, the inability to do things,

12   can't drive, can't play with his son, there's tons of

13   that both related to the incident itself and then related

14   to Dr. Luchini's first surgery but nothing stops there,

15   ladies and gentlemen, because as a natural progression,

16   he started to have a problem with the screws and the

17   hardware needed to come out.  More pain, more discomfort

18   and thinking about that working as a conductor on the

19   railroad.  Danny Piroscafo doesn't have a sedentary job

20   where he sits behind the desk.  He's on his feet all day

21   long.  He rides these trains.  He has to balance himself.

22   He has to walk through the yard, and he does it, ladies

23   and gentlemen.  Do you think he does it without pain and

24   discomfort?  Think about all the issues Danny had as far

25   as the wound care went and how bad that was for him.  He

1     had a wound that was open down to the bone.  As a natural

2     progression of his surgeries, he couldn't get around.  He

3     couldn't walk.  At some point he had a vac attached to

4     his foot.  He was in a wheelchair, on crutches and it

5     took three surgeries, three major surgeries.  Danny was

6     put under to be able to close that wound on his foot.  I

7     suggest to you, ladies and gentlemen, that the harm in

8     this case is large.  Maybe it is not the type of harm

9     that would force me to ask you for a million or millions

10    of dollars but it is not the kind of harm where it forces

11    me to ask for 10 or 15,000.  It is somewhere in the

12    middle, somewhere between four to $500,000 for Danny for

13    all of that harm.  And ladies and gentlemen when you look

14    at that, you hear that number, don't think that I'm not

15    sensitive that four to $500,000 is a lot of money.  I

16    understand that but not when you consider the past four

17    years on Danny's life and what the future has to hold for

18    Danny another 32 years.  When you look at it that way it

19    is not a lot of money.

20         Now, there are two components to the damages

21    argument, ladies and gentlemen.  There are economic and

22    there are non-economic damages.  What you are going to

23    see in this case in evidence is Danny's W-2 from 2007,

24    and you will see on his W-2 from 2007 he made 104,568.55

25    but he had to pay taxes.  You will see on that W-2 that

1    his federal tax obligations were 14,774,.62.  You

2    remember listening to Mr. Bottalico testify.  On the

3    railroad, if you don't work, you don't get paid.  That's

4    the rule so let's look at this.  If you take out his

5    federal taxes in 2007, Danny made 89,793.93 for work as a

6    conductor on MetroNorth Railroad.  If you divide that by

7    52 comes out weekly to 1,726.81, Danny was out of work

8    from February 23, 2008 to February 1, 2009, approximately

9    49 weeks.  49 times that 1726 comes to the 84,574.  What

10   is it going to take to make up for his lost wages for the

11   initial time period he was out.  He was out again when he

12   developed the problem July 9 to approximately March 7.

13   There was testimony he was out those last three months

14   because he had the fall where he broke his ankle.  Dr.

15   Luchini testified that he felt his injury back at

16   Springdale likely contributed to that fall but you know

17   what, ladies and gentlemen, I will leave that to you to

18   make that determination.  I'm not going to claim it here.

19   If we take it through the time he would have been cleared

20   to go back to work from the fall at Springdale, that's

21   July 9, 2010 through January 10, 2011.  Remember that

22   Mr. Bottalico testified about a three and a half percent

23   wage increase into next year but, I'm not going to use

24   that either.  An additional six months, lost 26 weeks

25   that would have been where he had not one cent goes to

1    Danny for the biggest loss in the case the human losses.

2         To do justice and to balance the scales in this

3    case, you must consider full compensation for all of

4    Danny's non-economic injuries and losses including pain

5    and suffering, mental anguish, loss of enjoyment of

6    life's activities.

7         THE COURT:  You have about five minutes.

8         MR. COOPER:  Thank you.  I will stop here.

9         THE COURT:  I'm giving you your warning.  You

10   have five minutes to when you were going to stop, then

11   you have the five additional.  I'm sorry if I wasn't

12   clear.

13        MR. COOPER:  As far as the category of damages

14   for pain, suffering, mental anguish, loss of enjoyment of

15   life's activities, you heard the testimony, you saw the

16   pictures, you heard from Danny's doctors.  We didn't put

17   that evidence on, ladies and gentlemen, to get your

18   sympathy because the time for sympathy is long gone.  We

19   did that because we have a burden of proof under FELA to

20   show you what his harms and losses are.  If you don't

21   know the extent of his harms and losses, how can you

22   figure out how much it would be worth to put on the

23   scale, and that's the only thing that can go into the

24   other side of the scale.  When you figure that amount

25   out, ladies and gentlemen, I think it is important to

1  keep in mind that Danny has gone four years since the

2  time of his injury and is expected to live another 31.7

3  years.  Thank you very much.

4      (Attorney Hickey's closing statement.)

5      THE COURT:  Attorney Cooper, your rebuttal.

6      MR. COOPER:  Thank you, your Honor.  My last

7  time to address you, ladies and gentlemen.  I appreciate

8  your time.  On behalf of Danny Piroscafo, we appreciate

9  your service here in Judge Hall's courtroom.  Attorney

10 Hickey does a very nice job as an attorney, and I think

11 MetroNorth is lucky to have him be the face of who he

12 presents in court because he's likeable.  He's

13 reasonable.  And he makes a nice presentation but that's

14 not enough, ladies and gentlemen.  What we think of

15 Attorney Hickey is an outside reason.  He seems to think

16 that MetroNorth deserves a pass because it would have

17 been difficult for them to determine when the ice formed.

18     Well, ladies and gentlemen, do you think that

19 it's not negligent?  Do you think that is reasonable to

20 have Springdale open on Saturday with not one person

21 first checking, inspecting the platform?  Is that

22 reasonable?  Would a small business owner do that?  Would

23 a restaurant owner do that before he invited the public

24 there?  They aren't going to leave a sheet of ice out

25 front because they worked so late the night before.  You

1    heard from Mr. Hopkins, a truly independent witness.

2    He's got no axe to grind.  What he told you was the

3    condition of the platform was horrible.  As far as Danny

4    Piroscafo goes in being responsible, MetroNorth is

5    putting lot on him that he did something wrong.  What did

6    he do wrong?  He worked.  He was working as a conductor.

7    He always does.  He keys out.  He steps on the platform

8    and makes sure that the passengers are safe, and he

9    should have known that it was too slippery.  He's not

10   thinking it is too slippery for me to go out there with

11   the passengers.  There's the public.  There's community

12   members out there.  It has to be safe enough for me if it

13   is safe enough for them I would think.  He took one step.

14   That's it, one.  It is not like he had a chance to

15   balance, get his footing, test it out and decide if he

16   wants to hold on.  One step and down.  He had no chance.

17   I'm usually open, ladies and gentlemen, to arguments from

18   defense counsel about comparative responsibility and acts

19   in putting percentage of responsibilities on clients for

20   not acting reasonable themselves.  I fail to see it in

21   this case.  I don't know what more Danny could have done

22   or what Danny should have done.  He was just trying to do

23   his job.

24          The Freiberg fracture is definitely something I

25   think that MetroNorth hopes you are going to be confused

by.  We're not disputing the fact that Mr. Piroscafo had
a Freiberg fracture that caused him no problems.  Zero.
When you go back there in the deliberating room, you are
not going to see one medical record.  Don't you think
that MetroNorth if they had the information, they would
have presented in this trial.  There's not one mention of
any doctor that Danny had in any pain or was
uncomfortable with this foot prior to that fall.  There's
not a shred of evidence he missed time from work because
of the Freiberg's.  Dr. Luchini explained it well.  Danny
would have gone on probably and been able to live the
rest of his life with no problem unless he experienced
the trauma.  If the bone was weakened, think about how
easy the MetroNorth trauma that caused that fracture
that's what happened in this case.  And since it was the
trauma that set the whole thing in motion, I would
suggest to you, ladies and gentlemen, that there's no
50/50, Danny's Freiberg's condition that was
asymptomatic.  This fall and this mechanism of injury is
what put the whole chain of events into place.  There's
no 50/50.  Dr. Luchini was simply talking about a
permanency rating.  I suggest to you, ladies and
gentlemen, that the permanency rating doesn't mean
anything.  What means is what you heard from Danny and
how the injury affects Danny.  That's what matters in

1    this case.

2            When we started, Judge Hall explained how

3    important it is and what a great right it is to be able

4    to be a juror and how people have fought to expand that

5    so women can sit and blacks can sit and here you are,

6    ladies and gentlemen.  Here you are sitting as jurors and

7    just as important is the right that Danny has to bring

8    his case in court, his right derives from the Seventh

9    Amendment that gives him the right to a jury trial.  That

10   gives him the right to have the community decide what's

11   right and what's wrong.  Danny puts his faith in the

12   system.  Thank you very much, ladies and gentlemen.

13            (End of closing arguments.)

14

15

16   COURT REPORTER'S TRANSCRIPT CERTIFICATE

17   I hereby certify that the within and foregoing is a true

18   and correct transcript taken from the proceedings in the

19   above-entitled matter.

20

21   /s/  Terri Fidanza

22   Terri Fidanza, RPR

23   Official Court Reporter

24

25